UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESSIE CASTRO, | ) | Case No. CV 11-3173 GW (MRW) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| A. HEDGEPETH, Warden, | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: June 21, 2012

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE